## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES R. PAULUS,

      Plaintiff,                                    JUDGMENT IN A CIVIL CASE

v.                                                      Case No. 13-cv-212-bbc

ISOLA USA CORP. RETIREMENT
PLAN,

      Defendant.

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant ISOLA USA Corp. Retirement Plan

and dismissing this case.

| s/Peter Oppeneer | 2/5/2014 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |