UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
_____

JAMES R. PAULUS,

      Plaintiff,                           **NOTICE OF APPEAL**

vs.                                             Case No. 13-CV-212

ISOLA USA CORP. RETIREMENT PLAN,     Judge Barbara Crabb

      Defendant.
_____

      Notice is hereby given that the plaintiff, James R. Paulus, in the above-named case, hereby appeals to the United States District Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 5th day of February, 2014.

      Dated this 20th day of February, 2014.

                                     HALE, SKEMP, HANSON, SKEMP & SLEIK
                                     Attorneys for Plaintiff

                    By:   *s/ Garett T. Pankratz*
                          Garett T. Pankratz
                          Wisconsin State Bar No. 1065831
                          Email: gtp@haleskemp.com
                          Roger L. Imes
                          Wisconsin State Bar No. 1012437
                          Email: rli@haleskemp.com
                          505 King Street, Suite 300
                          P.O. Box 1927
                          La Crosse, WI  54602-1927
                          Phone: (608) 784-3540
                          Fax: (608) 784-7114

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy a copy of the foregoing document to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system. Those attorneys not registered with the Court's electronic filing system will be served by U.S. mail this 20th day of February, 2014.

By:   *s/ Garett T. Pankratz*
      Garett T. Pankratz